CASE UNSEALED PER ORDER OF COURT

SEALED

FILED

14 JUL 18 PM 12: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JACOB RYAN POWERS (1),<br>VALERIA DEL CARMEN GARCIA (2),<br>WENDY RE BRODY (3),<br>KARRY LOUISE MCALEVEY (4),<br><br>           Defendants. | Case No.  '14 CR 2059 L<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Manufacture of Marijuana Plants and Tetrahydrocannabinols Contained in Hashish Oil; Title 21, U.S.C., Sec. 858 - Endangering Human Life While Manufacturing a Controlled Substance; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Tetrahydrocannabinols Contained in Hashish Oil; Title 21, U.S.C., Sec. 856(a)(2) - Maintaining Drug-Involved Premise; Title 21, U.S.C., Sec. 853 — Criminal Forfeiture |

The grand jury charges:

Count 1

On or about June 2, 2014, within the Southern District of California, defendant JACOB RYAN POWERS did knowingly and intentionally manufacture 50 marijuana plants and more, to wit: approximately 64 marijuana plants; and tetrahydrocannabinols contained in hashish oil, Schedule I Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

LC:nlv(2):San Diego
7/17/14

### Count 2

On or about June 2, 2014, within the Southern District of California, defendant JACOB RYAN POWERS did knowingly and intentionally manufacture and attempt to manufacture tetrahydrocannabinols contained in hashish oil, a Schedule I Controlled Substance, and in doing so, created a substantial risk of harm to human life; in violation of Title 21, United States Code, Section 858.

### Count 3

Beginning at a date unknown to the grand jury and continuing up to and including June 2, 2014, within the Southern District of California, and elsewhere, defendants JACOB RYAN POWERS and VALERIA DEL CARMEN GARCIA, did knowingly and intentionally conspire together and with each other and other persons known and unknown to the grand jury to distribute tetrahydrocannabinols contained in hashish oil, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 4

On or about April 11, 2014, and continuing up to and including June 2, 2014, within the Southern District of California, defendants WENDY RE BRODY and KARRY LOUISE MCALEVEY did manage and control a place, namely 6207 Lake Ariana Avenue, San Diego, California, and knowingly and intentionally made available for use the place for the purpose of unlawfully manufacturing and storing marijuana plants and tetrahydrocannabinols contained in hashish oil, Schedule I Controlled Substances; in violation of Title 21, United States Code, Section 856(a)(2).

//

## FORFEITURE ALLEGATIONS

1. The allegation contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 4 of this indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JACOB RYAN POWERS, VALERIA DEL CARMEN GARCIA, WENDY RE BRODY, and KARRY LOUISE MCALEVEY shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment, including but not limited to:

(a) 6207 Lake Ariana Avenue, San Diego, California 92119, Assessor's Parcel No. 485-130-11-00, Lot 399 of College Ranch Unit No. 2, in the City of San Diego, County of San Diego, State of California, according to map thereof No. 3941, filed in the Office of the County Recorder of San Diego County, August 8, 1958;

(b) a 2007 Honda Fit, Vehicle Identification Number JHMGD38697S068498, and bearing California license plate 6FFK006; and

(c) $8,637 in U.S. currency seized from defendants JACOB RYAN POWERS and VALERIA DEL CARMEN GARCIA on June 2, 2014.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the Court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: July 18, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
LUELLA M. CALDITO
Assistant U.S. Attorney

4